No. 697. JOHN C. FETZER ET AL., RECEIVERS, ETC., ET AL., PETITIONERS, v. DAVID A. KOHN ET AL.; and No. 698. JOHN C. FETZER ET AL., RECEIVERS, ETC., ET AL., PETITIONERS, v. JACOB MILLER ET AL. May 31, 1904. Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Jno. S. Miller, Mr. Henry Crawford* and *Mr. Charles H. Aldrich* for petitioners. *Mr. Thomas A. Moran* and *Mr. Levy Mayer* for respondents in No. 697. *Mr. Horace K. Tenney* and *Mr. Henry R. Platt* for respondents in No. 698.

---

No. 700. EDWARD S. CAMPBELL, AS ANCILLARY RECEIVER, ETC., PETITIONER, v. NATIONAL BROADWAY BANK. May 31, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. George W. Wickersham* and *Mr. Walter D. Davidge* for petitioner. *Mr. W. J. Curtis* for respondent.

---

No. 701. N. A. CALLISON, PETITIONER, v. WILLIAM J. BRAKE, ADMINISTRATOR, ETC. May 31, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. C. D. Rinehart* and *Mr. E. P. Axtell* for petitioner. *Mr. H. Bisbee* and *Mr. George C. Bedell* for respondent.